David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Linda Cottrell, individually and on behalf of all other similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**Ally Financial, Inc. d/b/a Ally Financial;**<br><br>Defendants. | Case No.: 2:20-cv-00251-DWL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

///
///
///
///
///
///
///

**NOTICE OF VOLUNTARY DISMISSAL**                1

1  Please take notice, Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Linda Cottrell ("Plaintiff") voluntarily dismisses the claims against Defendant Ally Financial, Inc. d/b/a Ally Financial in the above-captioned matter, without prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 2, 2020                                    Respectfully submitted,

                                                        BY: /s/ RYAN L. MCBRIDE
                                                            RYAN L. MCBRIDE, ESQ.
                                                            ATTORNEY FOR PLAINTIFF